FILED
September 28, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,     )<br>v.                            )<br>  )<br>JOSE JUAN CALDERO-JUAREZ,     )<br>  )<br>           Defendant.    )  | Case No. 2:10CR00316-01<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE JUAN CALDERO-JUAREZ , Case No. 2:10CR00316-01 , Charge  8 U.S.C. 1326 (a) and (b)(2) - Deported Alien Found in the United States , from custody.

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)     Time Served

~~This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".~~

Issued at  Sacramento, CA  on  September 28, 2010  at  9:41 am .

By  /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Copy 5 - Court